IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Vikki Y. Brinegar, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:09v471 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge J. Gregory Wehrman filed on June 10, 2010 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 30, 2010, hereby ADOPTS said Report and Recommendation.

Accordingly, the decision of the Commissioner is SUPPORTED BY SUBSTANTIAL EVIDENCE and is AFFIRMED.

This case is hereby TERMINATED from the docket.

IT IS SO ORDERED.

_____
Chief Judge Susan J. Dlott
United States District Court